STATE OF CONNECTICUT *v.* VICTOR GARUTI

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 794 (AC 20116), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Laila Mary Ghabrial*, deputy assistant public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided January 16, 2001

ROBERT BRIAN CRIM *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20192) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Robert Brian Crim*, pro se, in support of the petition.

*Patrick M. Noonan* and *Tracey M. Lane*, in opposition.

Decided January 16, 2001